CHARLES ANTKU, Appellant, v. ZINSSER & COMPANY, Respondent.— Judgment and order reversed upon the law and new trial granted, costs to appellant to abide the event, upon the ground that the trial court erred in refusing to charge as requested at folios 129, 130. Hagarty, Seeger and Carswell, JJ., concur; Lazansky, P. J., and Kapper, J., dissent and vote to affirm.

J. CARL BECHER, Respondent, v. SAUL BIRNS, Appellant, and LOUIS GOLD and Another, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

ARNOLD W. BECKER, Appellant, v. ANNIE DEMMERLE, Respondent.— Order and judgment reversed upon the law and new trial granted, costs to abide the event. The complaint was improperly dismissed by the trial judge upon the ground that there was a defect of parties. No such defense was pleaded and no such defect existed. The motion to amend the complaint made by plaintiff at the opening of the trial pursuant to notice previously served, should have been granted. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

REBECCA BERMAN, Respondent, v. R. S. & Z. REALTY CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. The question of plaintiff's contributory negligence was one of fact for the jury. This rule is especially applicable in a case which involves the breach of a statutory duty on the part of defendant. (Kenney v. Rhinelander, 28 App. Div. 246; affd., 163 N. Y. 576; Bornstein v. Faden, 149 App. Div. 37; affd., 208 N. Y. 605; Heinberg v. Sikora Realty Corporation, 110 Misc. 323; Fitzwater v. Warren, 206 N. Y. 355; Kiely v. Yurgelevick, 226 App. Div. 753.) Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

SAMUEL BICKSTEIN, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JOHN BLOOD, an Infant, by HENRY BLOOD, His Guardian ad Litem, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JAMES J. BROWN, Appellant, v. GEORGE W. WHITBREAD, Respondent, and Another, Defendant.— Order as resettled, denying "plaintiff's motion to dismiss the counterclaims, defenses and setoffs contained in the defendant's answer," reversed upon the law, with ten dollars costs and disbursements, motion granted, with ten dollars costs, counterclaim dismissed, and defenses and so-called setoffs stricken out, with leave to defendant to plead over within ten days upon payment of said costs. The answer contains no defense. The alleged agreement set forth therein is evidently an attempt to set forth a verbal agreement in contradiction of an agreement in writing between the parties. The facts alleged fail to show that defendant has complied with the agreement which he sets up as a defense or that he is ready, able and willing to perform the same; to the contrary, the facts show his inability to perform. Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.